IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


BOBBY RAY COUSINS                                                        PLAINTIFF


V.                              NO. 11-5286


MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration                      DEFENDANT


## J U D G M E N T

For reasons stated in the Memorandum Opinion of this date, the Court hereby affirms the

decision of the ALJ and dismisses Plaintiff's complaint with prejudice. **The parties have sixty**

**days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 26th day of November, 2012.


/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE


AO72A
(Rev. 8/82)